Therefore, I would grant a new penalty hearing to the Appellant.

COMMONWEALTH of Pennsylvania, Respondent

v.

Raymond WHITE, Petitioner.

Supreme Court of Pennsylvania.

May 17, 2006.

## ORDER

PER CURIAM:

**AND NOW,** this 17th day of May, 2006, the Petition for Allowance of Appeal is **GRANTED.** The order of the Superior Court is **VACATED** and this matter is **REMANDED** to the Superior Court for it to reconsider this matter in light of Petitioner's amended PCRA petition which was docketed on April 5, 2004. Jurisdiction relinquished.